1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PAUL JOSEPH HEIMS, | ) Case No. CV 09-356 DSF(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| AGENT MANDY AUDTREY, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: 6/8/09 _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE